IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IDA MAREZ                                    §
                                             §
V.                                           §          CIVIL NO. 5:22-cv-00307
                                             §
KELLAN RESTAURANT                            §
MANAGEMENT CORP. D/B/A 54th                  §
ST. RESTAURANT AND                           §
DRAFTHOUSE                                   §

## PLAINTIFF IDA MAREZ'S
## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, **IDA MAREZ**, dismisses its damage claims against Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE**, and would show the Court the following:

I.

Plaintiff, **IDA MAREZ**, and Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE**, have entered into an agreement in which Plaintiff, **IDA MAREZ** no longer wish to pursue its claims and differences against Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE**. Therefore, Plaintiff, **IDA MAREZ** release Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE.**, of and from any liability as it relates to the incident made the basis of this lawsuit and all claims against Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE**, should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **IDA MAREZ** respectfully request the Court sign an Order dismissing its claims with prejudice against Defendant, **KELLAN RESTAURANT MANAGEMENT CORP. D/B/A 54TH ST. RESTAURANT AND DRAFTHOUSE,** and that all taxable costs of court associated with this case be paid by the party incurring same.

Respectfully submitted,

Abel Treviño
State Bar No. 24081181
The Law Offices of Thomas J. Henry
5711 University Heights Blvd., Ste. 101
210-656-1000
**ATTORNEYS FOR PLAINTIFFS
IDA MAREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served via e-service on the _____ of January 2023, to the following counsel of record:

E.F. Patterson
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
lwarren@namanhowell.com
epatterson@namanhowell.com
**ATTORNEYS FOR DEFENDANT,**
**WILFREDO COLON & MERCER**
**TRANSPORTATION CO., INC.'S**

_____
Abel Trevino